May 06, 2011

Mr. Don Martinson
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Avenue, Suite 1300
Dallas, TX 75206

Honorable John Parrish Chupp
141st District Court
Family Law Center
200 E. Weatherford St., 4th Floor
Fort Worth, TX 76196
Mr. Scott M. Keller
The Law Offices of Scott M. Keller
1700 Commerce Street, Suite 1310
Dallas, TX 75201

RE: Case Number: 10-0238
 Court of Appeals Number: 02-10-00013-CV
 Trial Court Number: 141-237069-09

Style: IN RE UNIVERSAL UNDERWRITERS OF TEXAS INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. The stay
order issued April 23, 2010 is lifted. If you would like the opinion by
email, please contact Claudia Jenks at claudia.jenks@txcourts.gov or call
(512)463-1312 ext. 41367. (Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Thomas A. Wilder |
| |Ms. Debra Spisak |
| |Mr. Wade Caven Crosnoe|
| | |
| |Mr. Peter M. Kelly |
| |Mr. George (Tex) |
| |Quesada |
| |Mr. Brendan K. McBride|
| | |
| |Mr. William F. Merlin |
| |Jr. |
| |Mr. James B. Lewis |
| |Mr. Gardner C. Pate |
| |Mr. Howard M. |
| |Bookstaff |
| |Ms. Karen Phillips |
| |Ms. Connie Niemann |
| |Heyer |